**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| STATE OF PENNSYLVANIA, EX REL. JUAN CARLOS RIVERA, IN ESSE, ONE OF THE PEOPLE OF PENNSYLVANIA, | : | No. 34 MM 2017 |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of April, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**.